**Order entered August 3, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00621-CR

**BYRON KEITH BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-58130-U**

## ORDER

The Court **REINSTATES** the appeal.

On July 31, 2015, we ordered the trial court to prepare an amended certification of appellant's right to appeal. We also ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 3, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 31, 2015 order to the extent it requires findings regarding the reporter's record. The portion of the July 31, 2015 order requiring the trial court to prepare and file an amended certification of appellant's right to appeal remains in effect to the extent that it is due by **AUGUST 17, 2015**.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court, and to counsel for all parties.


/s/     ADA BROWN
            JUSTICE